UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JEFFREY SCOTT and BONNIE SCOTT,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**UNION BANK AND TRUST COMPANY,**<br><br>Defendant. | Case No. 4:23-cv-03126 |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Rule NEGen 1.7(f) of the Local Rules for the District of Nebraska, Tyler J. Bean hereby moves this Court for an Order for Admission *Pro Hac Vice* as counsel for Plaintiffs Jeffrey Scott and Bonnie Scott ("Plaintiffs") in the above-captioned action. In support, the undersigned states as follows:

1. I am an attorney-at-law duly admitted and currently a member in good standing of the Bar of the State of Oklahoma and there are no pending disciplinary proceedings against me in state or federal court.

2. I swear that as an officer of the United States District Court for the District of Nebraska I will demean myself faithfully, uprightly, and according to law; and I will support, uphold, and defend the Constitution of the United States of America.

WHEREFORE, Tyler J. Bean respectfully requests that this Court enter an order granting admission to practice *Pro Hac Vice* before this Court.

DATED: July 24, 2023                    Respectfully submitted,

                                              */s/ Tyler J. Bean*
                                              Tyler J. Bean, Esq.
                                              **SIRI & GLIMSTAD LLP**
                                              745 Fifth Avenue, Suite 500
                                              New York, New York 10151
                                              Tel: (212) 532-1091
                                              E: tbean@sirillp.com

## **CERTIFICATE OF SERVICE**

I certify that on this 24th day of July, 2023, I filed the foregoing via the Court's CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Tyler J. Bean*
Tyler J. Bean
